## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| **Lawrence E. Kisslinger** : | |
| : | Chapter 13 |
| **Debtor** : | |
| : | Bankruptcy No. 14-20064 AMC |
| **Lawrence E. Kisslinger** : | |
| **Movant** : | |
| v. : | |
| : | |
| **Flagstar Bank, FSB** : | |
| **Respondent** : | |

## RESPONSE OF FLAGSTAR BANK, FSB TO MOTION TO REINSTATE AUTOMATIC STAY OF FLAGSTAR BANK FSB

Respondent, Flagstar Bank, FSB, by and through its attorneys, Phelan Hallinan Diamond & Jones, LLP, hereby responds to MOTION TO REINSTATE AUTOMATIC STAY OF FLAGSTAR BANK FSB and in support thereof, avers as follows:

1. Admitted.

2. Denied. Respondent is without information or knowledge sufficient to form a belief as to the truth of the within averment.

3. Denied. Respondent is without information or knowledge sufficient to form a belief as to the truth of the within averment.

4. Denied. Respondent is without information or knowledge sufficient to form a belief as to the truth of the within averment.

5. Denied. Respondent filed a motion for relief on October 14, 2016 which was resolved by way of a stipulation filed on December 8, 2016 and approved by the Court on December 12, 2016. Debtor violated the terms of the stipulation by again

falling into post-petition default.  Debtor is presently post-petition due for May 2019 for a total post-petition arrearage in the amount of $6,445.19.

6. Denied.  Relief should not be reinstated unless Debtor is able to fully cure the post-petition arrearage.

**WHEREFORE**, Respondent, Flagstar Bank, FSB respectfully requests that this Honorable Court deny MOTION TO REINSTATE AUTOMATIC STAY OF FLAGSTAR BANK FSB in its entirety.

Respectfully submitted,

Date:  October 21, 2019

/s/ Thomas Song, Esquire
Thomas Song, Esq., Id. No.89834
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31387
Fax Number: 215-568-7616
Email: Thomas.Song@phelanhallinan.com